No. 41136.—Protests 736166–G, etc., of L. Bamberger & Co. et al. (New York).

Opinion by Tilson, J.   It was stipulated that certain items consist of knit outer-wear in chief value of wool similar to that involved in Abstract 36548.   As to these the claim for duty at the appropriate rate under paragraph 1114 was sustained.   Knit outerwear in chief value of cotton was held dutiable at 45 percent under paragraph 917.

No. 41137.—Protest 203747–G of Nathan Schreiber (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel embroidered articles similar to those involved in United States v. Smith (12 Ct. Cust. Appls. 384, T. D. 40544) were held dutiable at 75 percent under paragraph 1430, and articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

No. 41138.—Protest 449684–G of La Mode Chez Tappe, Inc. (New York).

Opinion by Tilson, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 41139.—Protests 166472–G, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel and on the authority of Abstract 37230 articles in chief value of cellulose filaments were held dutiable at 60 percent under paragraph 31, and artificial flowers similar to those involved in Robinson-Goodman v. United States (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419 as claimed.

Before the Third Division, April 26, 1939

No. 41140.—Protests 936196–G, etc., of L. Bamberger & Co. (New York).

Opinion by Evans, J.   It was stipulated that the merchandise consists of harlequin sticks, cheddar sandwiches, piquant sandwiches, celery sandwiches, and stiltonette wafers the same as those the subject of Renken v. United States (C. D. 73).   The claim at 20 percent under paragraph 1558 was therefore sustained.

No. 41141.—Protest 923317–G (B) of Burton Dixie Corp. (New York).

Opinion by Evans, J.   No evidence having been offered in support of the claim made the protest was overruled.